IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00303-RPM-KMT

DANIEL UNREIN,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal [24], filed on September 17, 2009, it is

ORDERED that this action is dismissed with prejudice with the parties to bear their own legal fees and costs.

Dated:  September 18th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge